# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 20, 2024

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

      RE:  24-2263  IA Migrant Movement for Justice, et al v. Brenna Bird, et al
            24-2265  United States v. State of Iowa, et al

Dear Counsel:

    The district court clerk has transmitted a notice of appeal and docket entries in these matters, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    These cases have been consolidated to the extent possible for briefing and submission to the Court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

RDB

Enclosure(s)

cc: Shefali Aurora
Rita N. Bettis Austen
Gianna Borroto
Julie Jean Bussanmas
Kuntal Cholera
Clerk, U.S. District Court, Southern Iowa
Nicholas Davis
Stephen Ehrlich
Christopher A. Eiswerth
Meghan Lee Gavin
Tonya Gerke
Michelle R. Lapointe
Jean Lin
Suchita D. Mathur
Breanne Alyssa Stoltze
Thomas Dillon Story
Patrick Cannon Valencia
Emma Curtis Winger

District Court/Agency Case Number(s): 4:24-cv-00161-SHL
4:24-cv-00162-SHL

**Caption For Case Number:   24-2263**

Iowa Migrant Movement for Justice; Jane Doe; Elizabeth Roe

       Plaintiffs - Appellees

v.

Brenna Bird, in her official capacity as Attorney General of Iowa; Kimberly Graham; Zach Herrmann

       Defendants - Appellants

**Caption For Case Number:   24-2265**

United States of America

       Plaintiff - Appellee

v.

State of Iowa; Kimberly Reynolds, in her official capacity as Governor of Iowa; Brenna Bird, in her official capacity as Attorney General of Iowa; Iowa Department of Public Safety; Stephan Kenneth Bayens, in his official capacity as Commissioner of Iowa Department of Public Safety

       Defendants - Appellants

**Addresses For Case Participants:**

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA 50319-0001

Shefali Aurora
ACLU OF IOWA FOUNDATION
Suite 808, Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA 50309-2316

Rita N. Bettis Austen
ACLU OF IOWA FOUNDATION
Suite 808, Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA 50309-2316

Gianna Borroto
AMERICAN IMMIGRATION COUNCIL
Suite 200
1331 G Street, N.W.
Washington, DC 20005-3141

Julie Jean Bussanmas
POLK COUNTY ATTORNEY'S OFFICE
340 Polk County Administrative Building
111 Court Avenue
Des Moines, IA 50309-2218

Kuntal Cholera
U.S. DEPARTMENT OF JUSTICE
Civil Division
Suite 8142
1100 L Street, N.W.
Washington, DC 20530-0000

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA 50306-0000

Nicholas Davis
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA 50319-0001

Stephen Ehrlich
U.S. ATTORNEY'S OFFICE
Civil Division
970 Broad Street
Newark, NJ  07102

Christopher A. Eiswerth
U.S. DEPARTMENT OF JUSTICE
Civil Division
Suite 8142
1100 L Street, N.W.
Washington, DC  20530-0000

Meghan Lee Gavin
POLK COUNTY ATTORNEY'S OFFICE
340 Polk County Administrative Building
111 Court Avenue
Des Moines, IA  50309-2218

Tonya Gerke
UNITED STATES COURTHOUSE
Southern District of Iowa
123 E. Walnut Street
Des Moines, IA  50309-2035

Michelle R. Lapointe
AMERICAN IMMIGRATION COUNCIL
Suite 200
1331 G Street, N.W.
Washington, DC  20005-3141

Jean Lin
U.S. DEPARTMENT OF JUSTICE
Civil Division
Suite 8142
1100 L Street, N.W.
Washington, DC  20530-0000

Suchita D. Mathur
AMERICAN IMMIGRATION COUNCIL
Suite 200
1331 G Street, N.W.
Washington, DC  20005-3141

Breanne Alyssa Stoltze
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Thomas Dillon Story
ACLU OF IOWA FOUNDATION
Suite 808, Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA 50309-2316

Patrick Cannon Valencia
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA 50319-0001

Emma Curtis Winger
AMERICAN IMMIGRATION COUNCIL
Suite 200
1331 G Street, N.W.
Washington, DC 20005-3141