UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: __United States__ vs. __State of Iowa, et al.__

The Clerk will enter my appearance as Counsel in Appeal No. __24-2265__ for the following party(s): (please specify)

> State of Iowa; Kimberly Reynolds, in her official capacity as Governor of Iowa; Brenna Bird, in her official capacity as Attorney General of Iowa; Iowa Department of Public Safety; Stephan Kenneth Bayens, in his official capacity as Commissioner of Iowa Department of Public Safety

[✔] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Patrick C. Valencia__   s/: __Patrick C. Valencia__

Firm Name: __Office of the Iowa Attorney General__

Business Address: __1305 E. Walnut Street__

City/State/Zip: __Des Moines, Iowa 50319__

Telephone Number (Area Code): __515-281-8770__

Email Address: __patrick.valencia@ag.iowa.gov__

---

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on __6/21/2024__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: