# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: United States vs. State of Iowa, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2265 **for the following party(s): (please specify)**

State of Iowa; Kimberly Reynolds, in her official capacity as Governor of Iowa; Brenna Bird, in her official capacity as Attorney General of Iowa; Iowa Department of Public Safety; Stephan Kenneth Bayens, in his official capacity as Commissioner of Iowa Department of Public Safety

[✓] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Eric H. Wessan  s/: Eric H. Wessan

Firm Name: Office of the Attorney General

Business Address: 1305 E. Walnut St.

City/State/Zip: Des Moines, IA 50319

Telephone Number (Area Code): 515-281-8770

Email Address: eric.wessan@ag.iowa.gov

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on 06/21/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: