# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2263

Iowa Migrant Movement for Justice, et al.

Appellees

v.

Brenna Bird, in her official capacity as Attorney General of Iowa, et al.

Appellants

No: 24-2265

United States of America

Appellee

v.

State of Iowa, et al.

Appellants

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00161-SHL)
(4:24-cv-00162-SHL)

---

**ORDER**

Appellants' unopposed motion for oral argument in September 2024 and for a revised briefing schedule is granted.

The proposed briefing schedule is adopted. Appellants' opening brief, addendum, and appendix are due July 26, 2024. Appellees' brief is due August 26, 2024, and the reply brief is due September 16, 2024. Extensions of this briefing schedule will not be granted, absent extraordinary circumstances.

The clerk is directed to set the cases for oral argument during the September 2024 session of court in St. Louis, Missouri. The parties will be advised of the date and time of the argument when the clerk publishes the September 2024 oral argument calendar.

June 25, 2024

Order Entered Under Rule 27A(a):

Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik