UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: United States vs. State of Iowa, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2265 **for the following party(s): (please specify)**

United States of America

☐ Appellant(s)　☐ Petitioner(s)　☑ Appellee(s)　☐ Respondent(s)　☐ Amicus Curiae　☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Daniel Tenny　s/: Daniel Tenny
Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff
Business Address: 950 Pennsylvania Avenue NW, Room 7215
City/State/Zip: Washington, DC 20530
Telephone Number (Area Code): 202-514-1838
Email Address: daniel.tenny@usdoj.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 7/1/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: