IN THE
# United States Court of Appeals for the Eighth Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.

THE STATE OF IOWA, *ET AL.*,
    *Defendants-Appellants*.

IOWA MIGRANT MOVEMENT FOR JUSTICE, *ET AL.*,
    *Plaintiffs-Appellees*,

v.

BRENNA BIRD, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF IOWA,
    *Defendant-Appellant*,

KIMBERLY GRAHAM AND ZACH HERRMANN,
    *Defendants*.

Appeal from the United States District Court for the Southern District of Iowa
Stephen H. Locher, U.S. District Judge

## CERTIFICATE OF WAIVER

| | |
|---|---|
| BRENNA BIRD<br>Attorney General of Iowa<br><br>ERIC WESSAN<br>Solicitor General | PATRICK C. VALENCIA<br>*Deputy Solicitor General*<br>BREANNE A. STOLTZE<br>*Assistant Solicitor General*<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117 / (515) 281-8770<br>eric.wessan@ag.iowa.gov<br>patrick.valencia@ag.iowa.gov<br>breanne.stoltze@ag.iowa.gov |
| July 5, 2024 | *Counsel for Defendants-Appellants* |

State of Iowa, Kimberly Reynolds, Brenna Bird, Iowa Department of Public Safety, and Stephan K. Bayens state that no transcripts will be ordered in the above-captioned appeals other than those already in the District Court record. *See* 4:24-cv-00162-SHL-SBJ, Dkt. 29; 4:24-cv-00161-SHL-SBJ, Dkt. 49.

| | |
|---|---|
| July 5, 2024 | Respectfully submitted, |
| BRENNA BIRD<br>Attorney General of Iowa | */s/ Eric Wessan*<br>ERIC WESSAN<br>*Solicitor General*<br><br>*/s/ Patrick C. Valencia*<br>PATRICK C. VALENCIA<br>*Deputy Solicitor General*<br><br>*/s/ Breanne A. Stoltze*<br>BREANNE A. STOLTZE<br>*Assistant Solicitor General*<br><br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117 / (515) 281-5191<br>(515) 281-4209 (fax)<br>eric.wessan@ag.iowa.gov<br>patrick.valencia@ag.iowa.gov<br>breanne.stoltze@ag.iowa.gov<br><br>*Counsel for Defendants-Appellants* |

# CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on July 5, 2024. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

July 5, 2024                         /s/ Eric Wessan
                                     ERIC WESSAN
                                     *Solicitor General*

                                     *Counsel for Defendants-Appellants*