Nos. 24-2265, 24-2263

IN THE
# United States Court of Appeals for the Eighth Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

THE STATE OF IOWA, ET AL.,
*Defendants-Appellants*.

IOWA MIGRANT MOVEMENT FOR JUSTICE, ET AL.,
*Plaintiffs-Appellees*,

v.

BRENNA BIRD, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF IOWA,
*Defendant-Appellant*,

KIMBERLY GRAHAM AND ZACH HERRMANN,
*Defendants*.

Appeal from the United States District Court for the Southern District of Iowa
Stephen H. Locher, U.S. District Judge

## STATEMENT OF ISSUES AND DESIGNATION OF APPENDIX METHOD

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
Solicitor General

PATRICK C. VALENCIA
*Deputy Solicitor General*
BREANNE A. STOLTZE
*Assistant Solicitor General*
Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa 50319
(515) 823-9117 / (515) 281-8770
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
breanne.stoltze@ag.iowa.gov

July 5, 2024                                     *Counsel for State of Iowa*

State of Iowa, Kimberly Reynolds, Brenna Bird, Iowa Department of Public Safety, and Stephan K. Bayens ("State Defendants") submit the following designation and statement of issues under the Federal Rules of Appellate Procedure. This consolidated appeal follows from *United States v. Iowa, et al.*, Case No. 4:24-cv-00162-SHL-SBJ (S.D. Iowa), and *Iowa Migrant Movement for Justice, et al. v. Bird,* No. 24-2263, 4:24-cv-00161-SHL-SBJ (S.D. Iowa).

I.  **Designation of Appendix Method.**

State Defendants and Plaintiffs (in both cases now consolidated on appeal) have conferred and agreed to the proceed with a joint appendix, under Eighth Circuit Rule 30A and Fed. R. App. P. 30.

II. **Statement of Issues.**

Defendants intend to present the following issues on appeal:

1. Whether the district court erred in finding that Plaintiffs had a cause of action to challenge SF2340.

2. Whether the district court erred in finding that Plaintiffs had standing to challenge SF2340.

3. Whether the district court abused its discretion or otherwise erred when it imposed a preliminary injunction against State Defendants' enforcement of Iowa Senate File 2340.

| | |
|---|---|
| July 5, 2024 | Respectfully submitted, |
| BRENNA BIRD<br>Attorney General of Iowa | /s/ Eric Wessan<br>ERIC WESSAN<br>*Solicitor General*<br><br>/s/ Patrick C. Valencia<br>PATRICK C. VALENCIA<br>*Deputy Solicitor General*<br><br>/s/ Breanne A. Stoltze<br>BREANNE A. STOLTZE<br>*Assistant Solicitor General*<br><br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117 / (515) 281-5191<br>(515) 281-4209 (fax)<br>eric.wessan@ag.iowa.gov<br>patrick.valencia@ag.iowa.gov<br>breanne.stoltze@ag.iowa.gov<br><br>*Counsel for Defendants-Appellants* |

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on July 5, 2024. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

July 5, 2024

*/s/ Eric Wessan*
ERIC WESSAN
*Solicitor General*

*Counsel for Defendants-Appellants*