# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Eric H. Wessan
**CC:** Shefali Aurora
Rita N. Bettis Austen
Maxwell A. Baldi
Kuntal Cholera
Nicholas Davis
Stephen Ehrlich
Christopher A. Eiswerth
Michelle R. Lapointe
Jean Lin
Suchita D. Mathur
Leif Eric Overvold
Breanne Alyssa Stoltze
Thomas Dillon Story
Daniel Tenny
Patrick Cannon Valencia
Emma Curtis Winger

**FROM:** Diane N. Sturgeon
**DATE:** July 24, 2024
**RE:** 24-2263  IA Migrant Movement for Justice, et al v. Brenna Bird
24-2265  United States v. State of Iowa, et al

In reviewing the electronic version of the addendum submitted with your opening brief, we noted the defects shown below. The court has instructed the clerk's office to carefully review the addendum to make sure that all orders appealed from are present. Please review the provisions of 8th Cir. R. 28A(g) and provide a complete electronic version of the addendum within five days of the date of this notice. If you fail to do so, an order will be entered directing you to show cause why the appeal should not be dismissed for failure to prosecute.

   X    Addendum needs cover page with correct district court case number. *Please use district court case numbers as shown on docket. 4:24cv-00161-SHL and 4:24-cv-00162-SHL is sufficient.*

Once the electronic version of the addendum is approved for filing, you will receive a Notice of Docket Activity informing you that your brief and addendum have been filed. Please submit the required paper copies of the brief and addendum within five days of that notice. See 8th Cir. 28A(d) and (g)(4). If you have any questions, please contact our office.