# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**  Jonathan T. Weinberg

**CC:**  Spencer Amdur
Shefali Aurora
Rita N. Bettis Austen
Anand Balakrishnan
Maxwell A. Baldi
Kuntal Cholera
Matt A. Crapo
Nicholas Davis
Stephen Ehrlich
Christopher A. Eiswerth
Christopher J. Hajec
Omar C. Jadwat
Wafa Junaid
Alexandra Lampert
Michelle R. Lapointe
Jean Lin
Suchita D. Mathur
Leif Eric Overvold
Breanne Alyssa Stoltze
Thomas Dillon Story
Daniel Tenny
Karen Tumlin
Patrick Cannon Valencia
Eric H. Wessan
Emma Curtis Winger
Cody Wofsy
Noor Zafar

**FROM:**  Diane N. Sturgeon

**DATE:**  August 26, 2024

**RE:**  24-2263  IA Migrant Movement for Justice, et al v. Brenna Bird
24-2265  United States v. State of Iowa, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

   **X**    COVER PAGE IS INCORRECT. The cover must identify the party supported and indicate whether the brief supports affirmance or reversal.

   **X**    TABLE OF CONTENTS IS MISSING OR INCOMPLETE.  See FRAP 28(a)(2). Table of Authorities and Argument missing from the Table of Contents.

   **X**    ARGUMENT IS MISSING.  See FRAP 29(a)(4)(F). *Please include an "Argument" title/section.*

   **X**    REFERENCES TO THE RECORD.
       **X**    References to Briefs. The court has received appellant's brief and appellees' briefs. *Please identify the brief that "App. Br." references. This may be done in the brief and/or through a footnote.*

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.