# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: United States of America vs. State of Iowa, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2265 **for the following party(s): (please specify)**

ASISTA Immigration Assistance, Asian Pacific Institute on Gender-Based Violence, Esperanza United, and Tahirih Justice Center

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ✔ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Christopher M. Mason s/: Christopher M. Mason

Firm Name: Nixon Peabody LLP

Business Address: 55 West 46th Street, Tower 46

City/State/Zip: New York, New York 10036

Telephone Number (Area Code): (212) 940-3017

Email Address: cmason@nixonpeabody.com

## CERTIFICATE OF SERVICE

✔ I hereby certify that on 9/3/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: