# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Jonathan T. Weinberg
**CC:** Spencer Amdur
Shefali Aurora
Rita N. Bettis Austen
Anand Balakrishnan
Maxwell A. Baldi
Kuntal Cholera
Madeline Coburn
Matt A. Crapo
Nicholas Davis
Stephen Ehrlich
Christopher A. Eiswerth
Christopher J. Hajec
Omar C. Jadwat
Wafa Junaid
Alexandra Lampert
Michelle R. Lapointe
Jean Lin
Ross MacPherson
Christopher M. Mason
Suchita D. Mathur
Leif Eric Overvold
Breanne Alyssa Stoltze
Thomas Dillon Story
Seara Sullivan
Daniel Tenny
Karen Tumlin
Patrick Cannon Valencia
Eric H. Wessan
Emma Curtis Winger
Cody Wofsy
Noor Zafar

**FROM:** Diane N. Sturgeon

**DATE:** September 11, 2024

**RE:** 24-2263 IA Migrant Movement for Justice, et al v. Brenna Bird
24-2265 United States v. State of Iowa, et al

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**Your Certificate of Service is due 5 days from the date of this notice.**

\_\_X\_\_\_Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief.