Nos. 24-2263, 24-2265

In The
# United States Court of Appeals for the Eighth Circuit

IOWA MIGRANT MOVEMENT FOR JUSTICE, *ET AL.*,
    *Plaintiffs-Appellees*,

v.

BRENNA BIRD, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF IOWA,
    *Defendant-Appellant*,

KIMBERLY GRAHAM AND ZACH HERRMANN,
    *Defendants*.

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.

THE STATE OF IOWA, *ET AL.*,
    *Defendants-Appellants*.

On Appeal from the United States District Court
for the Southern District of Iowa
Case Nos. 4:24-cv-161, 24-cv-162 (The Honorable Stephen H. Locher)

**CERTIFICATE OF SERVICE – PAPER COPIES OF BRIEF OF AMICUS CURIAE AMERICAN IMMIGRATION LAWYERS ASSOCIATION IN SUPPORT OF APPELLEES AND FOR AFFIRMANCE**

I certify that on September 12, 2024, I deposited paper copies of the corrected brief of the American Immigration Lawyers Association with a third-party commercial carrier for two-day delivery to Plaintiff-Appellee (in No. 24-2263) Iowa Migrant Movement for Justice, Plaintiff-Appellee (in No. 24-2265)

United States, and Defendant-Appellant Brenna Bird at the following addresses:

Attorney General's Office
1305 E Walnut St
Hoover Building
Des Moines, Iowa 50319

US Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Room 7215
Washington, DC 20530

Emma Winger
American Immigration Council
2001 L Street
Suite 500
Washington, DC 20036

September 12, 2024

*/s/ Jonathan T. Weinberg*
Jonathan T. Weinberg*
Wayne State University Law School
471 West Palmer Street
Detroit, MI 48202
Tel: (313) 577-3933
weinberg@wayne.edu

*Attorney for Amicus Curiae*

*Not admitted to the Eighth Circuit Bar