

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

January 23, 2025

**By CM/ECF**

Maureen W. Gornik, Acting Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO. 63102

    Re:    *United States v. Iowa*, No. 24-2265

Dear Ms. Gornik:

    Pursuant to FRAP 28(j), we write to inform the Court of a proclamation issued by the President on January 20, 2025, titled "Guaranteeing the States Protection Against Invasion," 2025 WL 244160.

    The proclamation provides, among other things, that the President has "determined that the current situation at the southern border qualifies as an invasion under Article IV, Section 4 of the Constitution of the United States" and issues various directives as a result. 2025 WL 244160, at *3-4. The federal government is assessing the effect of the order on this case. That assessment will require consultation with officials of the new Administration in the U.S. Department of Justice and other interested federal agencies. The government will inform the Court once it has concluded this assessment process.

                                                    Sincerely,

DANIEL TENNY

*s/ Leif Overvold*
LEIF OVERVOLD
MAXWELL A. BALDI
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7226*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 305-1754*
   *leif.overvold2@usdoj.gov*

cc:    All counsel (via CM/ECF)