# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

January 24, 2025

Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

RE:  24-2265  United States v. State of Iowa, et al

Dear Counsel:

The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

Maureen W. Gornik
Acting Clerk of Court

DNS

Enclosure(s)

cc:  Maxwell A. Baldi
    Kuntal Cholera
    Clerk, U.S. District Court, Southern Iowa
    Madeline Coburn
    Matt A. Crapo
    Nicholas Davis
    Stephen Ehrlich
    Christopher A. Eiswerth
    Christopher J. Hajec
    Alexandra Lampert
    Jean Lin

Honorable Stephen H. Locher
Ross MacPherson
Christopher M. Mason
Leif Eric Overvold
Breanne Alyssa Stoltze
Seara Sullivan
Daniel Tenny
Karen Tumlin
Patrick Cannon Valencia
Jonathan T. Weinberg

District Court/Agency Case Number(s):   4:24-cv-00162-SHL