# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 24, 2025

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 24-2265 United States v. State of Iowa, et al

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellants and appeared on the brief was Eric H. Wessan, AAG, of Des Moines, IA. The following attorney(s) appeared on the appellants brief; Patrick Cannon Valencia, AAG, of Des Moines, IA and Breanne Alyssa Stoltze, AAG, of Des Moines, IA.

Counsel who presented argument on behalf of the appellee and appeared on the brief was Leif Eric Overvold, of Washington, DC. The following attorney(s) appeared on the appellee brief; Daniel Tenny, of Washington, DC. and Maxwell A. Baldi, of Washington, DC.

The following attorney(s) appeared on the amicus brief of Immigration Reform Law Institute in support of appellants; Matt A. Crapo, of Washington, DC. and Christopher J. Hajec, of Washington, DC.

The following attorney(s) appeared on the amicus brief of American Immigration Lawyers Association in support of appellee; Alexandra Lampert, of Brooklyn, NY., Karen Tumlin, of Los Angeles, CA., and Jonathan T. Weinberg, of Detroit, MI.

The following attorney(s) appeared on the amicus brief of ASISTA Immigration Assistance, Asian Pacific Institute on Gender-Based Violence, Esperanza United and Tahirih Justice Center in support of appellee: Christopher M. Mason, of New York, NY., Madeline Coburn, of Providence, RI., Ross MacPherson, of Boston, MA., and Seara Sullivan, of San Francisco, CA.

The judge who heard the case in the district court was Honorable Stephen H. Locher.

If you have any questions concerning this case, please call this office.

Maureen W. Gornik<br>
Acting Clerk of Court

DNS

Enclosure(s)

cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 4:24-cv-00162-SHL