(http://www.gob.mx) › Secretaría de Relaciones Exteriores (/sre) › **Press**

Publicaciones Recientes  Unidos se ha fortalecido para apoyar, proteger y defer

# Mexico will strengthen its consular assistance and protection in Iowa regarding Senate File 2340

Press Release 137

Secretaría de Relaciones Exteriores | April 10, 2024 | Press Release

[https://www.gob.mx/sre/prensa/mexico-will-strengthen-its-consular-assistance-and-protection-in-iowa-regarding-senate-file-2340?idiom=en]
Appellate Case: 24-2265     Page: 1     Date Filed: 01/24/2025 Entry ID: 5478342





Mexico will strengthen its consular assistance and protection in Iowa regarding Senate File 2340

On behalf of the Government of Mexico, the Ministry of Foreign Affairs expresses its concern over the recent signing into law of Senate File 2340 (SF2340) in Iowa, which will go into effect on July 1. The law makes it a crime to be in Iowa if previously denied admission or removed from the state or after undocumented re-entry. The law seeks to criminalize the immigrant population by allowing state and local law enforcement officials to arrest undocumented immigrants in Iowa and by enabling state judges to order deportations.

[https://www.gob.mx/sre/prensa/mexico-will-strengthen-its-consular-assistance-and-protection-in-iowa-regarding-senate-file-2340?idiom=en]

Appellate Case: 24-2265     Page: 2     Date Filed: 01/24/2025 Entry ID: 5478342



The Mexican consulate in Omaha, Nebraska is taking steps to provide consular prevention and information so that Mexicans in Iowa are aware of their rights and the consular assistance and legal advice available to them. The consulate will redouble their meetings with allied authorities and civil rights groups to strengthen its presence in the state, provide free legal advice through the lawyers of the Legal Advice Program (PALE) and carry out, with the support of local partners, free immigration diagnoses. In addition, our community can contact the Center for Information and Assistance for Mexicans (CIAM) 24 hours a day, where they will find official, safe and reliable information about the law and the consular services available to them.

The Ministry of Foreign Affairs, through its consulate in Iowa, is ready to respond to any violations, as it has done in the past with similar laws, and will explore legal actions that contribute to the defense of the rights of Mexicans in the state.

Mexico reiterates that protecting the rights of its community abroad is a priority.

Post

Compartir 0

Imprime la página completa

[https://www.gob.mx/sre/prensa/mexico-will-strengthen-its-consular-assistance-and-protection-in-iowa-regarding-senate-file-2340?idiom=en]



La legalidad, veracidad y la calidad de la información es estricta responsabilidad de la dependencia, entidad o empresa productiva del Estado que la proporcionó en virtud de sus atribuciones y/o facultades normativas.

As viewed by the 8th Circuit Library on 1/24/2025.

[https://www.gob.mx/sre/prensa/mexico-will-strengthen-its-consular-assistance-and-protection-in-iowa-regarding-senate-file-2340?idiom=en]

Appellate Case: 24-2265     Page: 4     Date Filed: 01/24/2025 Entry ID: 5478342